# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wigenton, Susan D. | District of New Jersey | 01/30/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| District Judge- Nominee | X Nomination, Date 01/25/2006<br><br>___ Initial ___ Annual ___ Final | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 50 Walnut Steet, Room 2037<br><br>Post Office Box 999<br><br>Newark, New Jersey 07101-0999 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

[ ] NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Trustee | St. Paul Baptist Church |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

[ ] NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 11/1997 | Giordano, Halleran & Ciesla, P.C.,- Share in contingent fees of personal injury matters. |
| 2 | 4/2000 | Hobbie, Corrigan, Bertuccio & Tashjy, P.C.- Share in contingent fees of personal injury matters referred as a result of closed practice. |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2004 | Susan D. Davis, Attorney At Law (INACTIVE) | $30,000 |
| 2 | 2005/6 | IIIB. Spouse> Self-employed (Attorney At Law) | N/A |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | Commerce Bank | Mortgage on Rental properties (1 & 2) (Part VII, lines 1 and 2). | N |
| 2 | National City Mortgage | Mortgage on Office Building (Part VII, line 3) | N |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 Rental Property #1, Red Bank, NJ (1995 $63,000) | D | Rent | N | R | Exempt | | | | |
| 2 Rental Property #2, Eatontown, NJ (1989- $137,000) | D | Rent | N | R | | | | | |
| 3 Office Building, Red Bank, NJ (2000 $255,000) | | None | N | R | | | | | |
| 4 Oppenheimer Main Street Income & Growth Fund A | A | Dividend | J | T | | | | | |
| 5 Fidelity Destiny Plans II | A | Dividend | K | T | | | | | |
| 6 Fidelity Destiny Plans (2) | A | Dividend | J | T | | | | | |
| 7 RBB/Bedford Money Market Fund | A | Dividend | J | T | | | | | |
| 8 State Street Research Mutual Funds | B | Dividend | K | T | | | | | |
| 9 Fortis Masters Variable Annuity | D | Dividend | M | T | | | | | |
| 10 Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 11 Cisco Common Stock | | None | J | T | | | | | |
| 12 Chesapeake Utilities Common Stock | A | Dividend | J | T | | | | | |
| 13 Kellogg Company Common Stock | A | Dividend | J | T | | | | | |
| 14 Dow Chemical Company Common Stock | A | Dividend | J | T | | | | | |
| 15 New Century Energy Common Stock | A | Dividend | J | T | | | | | |
| 16 Houghton Mifflin Company Common Stock | A | Dividend | J | T | | | | | |
| 17 American Water Works Common Stock | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: (Col. B1, D4) A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes: (Col. C1, D3) J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: (Col. C2) Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | |
| 18 A B Volvo Common Stock | A | Dividend | J | T | | | | | |
| 19 Exxon Mobil Corporation Common Stock | A | Dividend | J | T | | | | | |
| 20 Synovus Financial Common Stock | A | Dividend | J | T | | | | | |
| 21 Diebold Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 22 Deere and Company Common Stock | A | Dividend | J | T | | | | | |
| 23 The Quaker Oats Company Common Stock | A | Dividend | J | T | | | | | |
| 24 Newell Rubbermaid Common Stock | A | Dividend | J | T | | | | | |
| 25 Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 26 PMC Capital Inc., Common Stock | A | Dividend | J | T | | | | | |
| 27 People's Energy Common Stock | A | Dividend | J | T | | | | | |
| 28 Wendy's International Common Stock | A | Dividend | J | T | | | | | |
| 29 Charles Schwab Common Stock | A | Dividend | J | T | | | | | |
| 30 American General Corporation Common Stock | A | Dividend | J | T | | | | | |
| 31 Colgate-Palmolive Common Stock | A | Dividend | J | T | | | | | |
| 32 Lincoln National Corporation Common Stock | A | Dividend | J | T | | | | | |
| 33 Oneok Incorporated Common Stock | A | Dividend | J | T | | | | | |
| 34 Xcel Energy Inc., Common Stock | A | Dividend | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less       B=$1,001-$2,500        C=$2,501-$5,000         D=$5,001-$15,000        E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)   U=Book Value    V=Other    W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  Intel Corporation | A | Dividend | J | T | | | | | |
| 36  Maytag Corporation | A | Dividend | J | T | | | | | |
| 37  GTE Corporation | A | Dividend | J | T | | | | | |
| 38  Fifth Third Bancorp Common Stock | A | Dividend | J | T | | | | | |
| 39  Kerr-McGee Corporation Common Stock | A | Dividend | J | T | | | | | |
| 40  First Union Corporation Common Stock | A | Dividend | J | T | | | | | |
| 41  Federal Realty Investment Common Stock | A | Dividend | J | T | | | | | |
| 42  Sky Financial Group Common Stock | A | Dividend | J | T | | | | | |
| 43  CFS Direct Inc., Common Stock | A | Dividend | J | T | | | | | |
| 44  Dana Corporation | A | Dividend | J | T | | | | | |
| 45  National Investor | D | Dividend | K | T | | | | | |
| 46  Lucent Technologies (401K) | B | Dividend | M | T | | | | | |
| 47  IBM Common Stock | A | Dividend | J | T | | | | | |
| 48  Home Depot Common Stock | A | Dividend | K | T | | | | | |
| 49  Time Warner Common Stock | | None | K | T | | | | | |
| 50  American Express Common Stock | A | Dividend | K | T | | | | | |
| 51  Altria Group Common Stock | A | Dividend | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 General Electric Common Stock | A | Dividend | K | T | | | | | |
| 53 Walt Disney Common Stock | A | Dividend | K | T | | | | | |
| 54 XM Satellite Radio | A | Dividend | K | W | | | | | |
| 55 Sirius Satellite Radio | A | Dividend | J | W | | | | | |
| 56 Jet Blue Airlines | A | Dividend | J | W | | | | | |
| 57 Rental Property #3, Red Bank, NJ (1999 - Inherited) | E | Rent | N | R | | | | | |
| 58 X Merck & Co Common Stock | A | Dividend | J | T | | | | | |
| 59 X Gillette Co. Common Stock | A | Dividend | J | T | | | | | |
| 60 Ford Motor Co. Common Stock | A | Dividend | J | W | | | | | |
| 61 AMR Common Stock | A | None | J | W | | | | | |
| 62 US Bancorp | A | Dividend | K | W | | | | | |
| 63 Taro Pharmaceutical | A | Dividend | J | W | | | | | |
| 64 Hudson City Bancorp | A | Dividend | J | W | | | | | |
| 65 Harken Energy | A | Dividend | J | W | | | | | |
| 66 Investor's Savings | | None | J | W | | | | | |
| 67 NET 2 Auction, Inc. | | None | J | W | | | | | |
| 68 Toyota Motor Corp. | | None | J | W | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.
*(Indicate part of report.)*

Part III, Line 1- references income from referred matters, upon taking the bench.


Part III, Line 1- Currently serving as a United States Magistrate
Judge

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.


Signature _____     Date January 30, 2006


Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

——

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 35 | 000 | Notes payable to banks-secured | | 950 | 000 |
| U.S. Government securities-add schedule | | 10 | 000 | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 004 | 000 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 885 | 000 |
| Real estate owned-add schedule | 2 | 650 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 150 | 000 | | | | |
| Cash value-life insurance | | 200 | 000 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 1 | 835 | 000 |
| | | | | Net Worth | 2 | 214 | 000 |
| Total Assets | 4 | 049 | 000 | Total liabilities and net worth | 4 | 049 | 000 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |